UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>v.<br><br>PAMELA WHITTINGTON,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>No. 4:07-cv-00031-BAE |

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion for Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Stranger In My House," on album "A Nu Day," by artist "Tamia" (SR# 293-084);
- "Unskinny Bop," on album "Flesh and Blood," by artist "Poison" (SR# 119-355);
- "Spice Up Your Life," on album "Spiceworld," by artist "Spice Girls" (SR# 261-523);
- "Armageddon It," on album "Hysteria," by artist "Def Leppard" (SR# 90-420);
- "Six-Pack Summer," on album "Phil Vassar," by artist "Phil Vassar" (SR# 284-145);
- "Complicated," on album "Let Go," by artist "Avril Lavigne" (SR# 312-786);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: 5-30-07    By: _____
                      Hon. B. Avant Edenfield
                      United States District Judge